UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN ROBERT GALLEGOS,
    Plaintiff,
    v.
GLADDEN BRUCE, et al.,
    Defendants.

Case No. 25-cv-01444-WHO (PR)

**ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND**

This 42 U.S.C. § 1983 action was transferred from the Eastern District. It contains claims against persons at Kern Valley State Prison and Salinas Valley State Prison. Only the claims arising from events at Salinas Valley State Prison belong in the Northern District, as noted by the Eastern District. Because the operative complaint contains a mixture of the claims from both districts, it is difficult to untangle which events occurred where. Accordingly, the first amended complaint is DISMISSED with leave to file an amended complaint on or before **June 2, 2025**.

The amended complaint must appear on this Court's form, a copy of which will be sent to him, and it must contain only those claims arising from events that occurred at Salinas Valley State Prison. The amended complaint must include the caption and civil case number used in this order (25-01444 WHO (PR)) and the words SECOND AMENDED COMPLAINT must be written on the first page.

Because an amended complaint completely replaces the previous complaints, plaintiff must include in his amended complaint all the claims he wishes to present in the Northern District and all of the defendants he wishes to sue in the Northern District. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). He may not incorporate material

from any prior complaint by reference.  <u>Failure to file a proper amended complaint by</u> <u>**June 2, 2025** may result in dismissal of this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.</u>

Gallegos should also be aware that his claims, if viable, will likely be challenged by defendants as untimely.  The events giving rise to them appear to have occurred in 2018.

**IT IS SO ORDERED.**

**Dated:** April 16, 2025



WILLIAM H. ORRICK
United States District Judge