UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN ROBERT GALLEGOS,

    Plaintiff,

    v.

GLADDEN BRUCE, et al.,

    Defendants.

Case No. 25-cv-01444-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Gallegos has not complied with my Order to file an amended complaint. Accordingly, this 42 U.S.C. § 1983 action is DISMISSED (without prejudice) for failing to comply with my Order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Gallegos may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) contain a complaint on this Court's form.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** June 12, 2025



WILLIAM H. ORRICK
United States District Judge